**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alberto MOJICA–GOMEZ, a.k.a.
Alberto Gomez Mojica,
Defendant–Appellant.**

**No. 15–10207.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 15, 2016.*

Filed March 21, 2016.

Michael Logalbo, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alberto Gomez Mojica, Matthew J. McGuire, Patagonia, AZ, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Alberto Mojica–Gomez appeals from the district court's judgment and challenges the 30-month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mojica–Gomez contends that the district court procedurally erred by failing to consider and discuss his sentencing arguments. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir.2010), and find none. The record reflects that the district court considered Mojica–Gomez's arguments and sufficiently explained its reasons for granting an 11-month downward variance. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc). Moreover, the below-Guidelines sentence is substantively reasonable in light of the

18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Mojica–Gomez's criminal history. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

